JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WOODS, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.,<br>Defendant. | Case No.<br><br>2:17-cv-01775-PSG-SS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this __6/29/18_____

__PHILIP S. GUTIERREZ_____
Honorable Judge of the District Court